

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-18-00237-CR

Flanzo Lafonte **TOWNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0764
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant has filed a motion to extend the briefing deadline for his pro se brief by sixty (60) days. We **GRANT IN PART** appellant's motion and extend the briefing deadline by thirty (30) days. Appellant's pro se brief is due on or before **September 14, 2018**. **Further requests for extension of time in which to file appellant's pro se brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2018.

_____
Keith E. Hottle
Clerk of Court